

———— LAW OFFICES OF ————
JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

March 7, 2024

*VIA ECF*

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: United State of America v. Emmanuel Perez, 23 Cr. 204 (PGG)*

Your Honor:

      We represent Emmanual Perez in the above-captioned matter. We write to respectfully request a two week extension to file pretrial motions pursuant to the Court's order. The reason for the request is that the parties are actively engaged in ongoing discussions. Additionally, counsel just concluded a five week trial in *United States of America v. Jordan, et al.*, 20 Cr. 305 (LDH), and needs time to engage in further discussions with our client and the government. The government consents to this request.

      Thank you for your time and consideration.

                                        Respectfully submitted,

                                        s/ Jacqueline E. Cistaro, Esq.
                                          David K. Bertan, Esq.

cc:    All Counsel

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe* (signature)
Paul G. Gardephe, U.S.D.J.

Dated: March 7, 2024