UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

EMMANUEL PEREZ,

      Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  A change-of-plea hearing will take place in this matter on **April 24, 2024 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   April 12, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge