

## LAW OFFICES OF
## JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

August 19, 2024

*VIA ECF*

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: United State of America v. Emmanuel Perez, 23 Cr. 204 (PGG)*

Your Honor:

    We represent Emmanual Perez in the above-captioned matter. We write to respectfully request one additional day to file the defense sentencing submission on Tuesday, August 20, 2024. The government consents to this request.

    Thank you for your time and consideration.

                            Respectfully submitted,

                            s/ Jacqueline E. Cistaro, Esq.
                            David K. Bertan, Esq.

cc:    All Counsel

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: August 19, 2024